IN THE TWENTIETH JUDICIAL CIRCUIT IN
AND FOR HENDRY COUNTY, FLORIDA
CIVIL ACTION

HERMILA SANTAMARIA                              CASE NO.:

    Plaintiffs,
v.

WALMART,

    Defendants.
_____

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the plaintiff, HERMILA SANTAMARIA, by and through undersigned counsel and sues the Defendant, WALMART, and alleges the following:

1. This is an action for damages that are in excess of FIFTY THOUSAND ($50,000.00) DOLLARS exclusive of costs and interest.

2. Defendant, WALMART, is now, and at all times herein mentioned was, a corporation duly organized and existing in the State of Florida and was doing business as a retail store.

3. On or about December 15, 2019, Defendant, WALMART, operated, managed and/or controlled a building or premises located at 1951 W Hickpochee Ave, LaBelle, FL 33935 in Hendry County, Florida, that was used for retail sales and that was open to the general public.

4. At all times material to this cause of action, Plaintiff was upon the premises as a business invitee.

5. At that time and place, Plaintiff, while shopping, slipped and fell on water that defendant allowed to remain in the floor inside the premises resulting in injuries to the Plaintiff as hereinafter described.

6. The negligent condition was known to said Defendant or had existed for a sufficient length of time, so that the Defendant should have known of it.

7. Defendant, its agents, servants and/or employees, were negligent in the following, among other things:

a. In failing to provide a safe place for their customers;
b. In carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;
c. In failing to inspect, discover and correct the aforementioned dangerous condition; and
d. In failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against same.

8. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff demands judgment and compensatory damages, costs, and prejudgment interest on all damages for unpaid medical bills and lost wages against the Defendant and requests trial by jury of all issues triable by a jury.

Dated this 21st day of March, 2023.

ALL INJURIES LAW FIRM, P.A.
Attorneys for Plaintiff
2340 Tamiami Trail
Port Charlotte, FL 33952
(941) 625-4878
(941) 625-8772 (fax)

By: /s/ Corbin Sutter
Corbin Sutter
Fla. Bar No. 1001155
corbin.sutter@Allinjurieslawfirm.com